McGrew v. Downs.

67  687
101  213

1. **Practice:** TIME FOR APPEARANCE OF DEFENDANT: POWER OF COURT
   TO FIX BY RULE. Under § 180 of the Code, the district and circuit
   courts have power to make a rule requiring defendants, when so notified,
   to appear and plead by noon of the first day of the term, notwithstand-
   ing § 2599 of the Code, and that, upon failing so to do, default will be
   entered against them.

2. **Judgment by Default:** ON WHAT TERMS SET ASIDE: AFFIDAVIT
   OF MERITS. A judgment by default cannot be set aside without an
   affidavit of merits on the part of the defendant. (Code, § 2871.) But
   such an affidavit must set out the facts constituting the defense, and not
   the affiant's mere conclusion that he has a good defense. See authori-
   ties cited in opinion.

*Appeal from Pottawattamie District Court.*

Tuesday, December 15.

Plaintiff brought this action against the defendant to
recover damages for an alleged assault and battery. By the
original notice defendant was cited to appear and defend
before noon of the first day of the next term of the district
court. On the first day of the term counsel entered an
appearance for defendant, and announced that he would file
an answer in the cause on the next morning. After this,
and on the same day, counsel for plaintiff claimed a default,
and the court entered a default against defendant. Four
days after the default was entered defendant filed a motion to
set it aside. This motion was overruled, and from this order
defendant appeals.

*G. A. Holmes*, for appellant.

*John P. Organ* and *C. R. & E. H. Scott*, for appellee.

Reed, J.—In citing the defendant to appear and defend
on the first day of the term, plaintiff proceeded under the

McGrew v. Downs.

1. PRACTICE: time for appearance of defendant: power of court to fix by rule. following rule, which had been adopted by the judges of the district and circuit courts of the Thirteenth judicial district: "Rule 1. In all cases the plaintiff may inform the defendant in the original notice that unless he appear thereto and defend before noon of the first day of the term at which he is required to appear, default will be entered against him; and when the defendant is served with such notice he shall demur or answer, or do both, as to the original petition before noon of the first day of the next term."

I. It is contended that this rule is not authorized by statute, and hence that, as the statute (Code, § 2599) provides that the defendant shall be cited by the original notice to appear and defend before noon of the second day of the term, he cannot be adjudged to be in default before the second day. Section 180 of the Code provides that "the judges of the district and circuit courts in any district may provide by general rule (1) that the time of filing pleadings or motions shall be other than provided in this Code; (2) that issues in all or a part of the counties in such district shall be made up in vacation; * * * (4) adopting such other rules as they may deem expedient, not inconsistent with this Code." It is very clear, we think, that the power to adopt the rule in question is conferred by this section.

II. "Default may be set aside on such terms as the court may deem just, among which must be that of pleading issuably and forthwith, but not unless an affidavit of merits be filed and a reasonable excuse shown for having made such default." Code, § 2871. This provision contemplates that the party shall set forth in his affidavit a statement of the facts constituting his defense. This was not done by the defendant in this case. He stated in general terms, however, that he had a good defense to plaintiff's claim. But this is no more than the expression by him of the opinion that he had a good

2. JUDGMENT by default: on what terms set aside: affidavit of merits.

defense. This court has frequently held that this is not a compliance with the requirement of the statute. *Jæger v. Evans*, 46 Iowa, 188; *King v. Stewart*, 48 Id., 334.

The district court was justified on this ground in overruling the motion.

AFFIRMED.